

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00511-CR

Michael Adam **KOZITZKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-11431
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: June 7, 2023

DISMISSED FOR LACK OF JURISDICTION

In the underlying criminal case, appellant was indicted for the offense of assault-family-second offense. On April 17, 2023, the trial court granted the State's motion to dismiss and dismissed the underlying criminal case. On April 24, 2023, appellant filed a notice of appeal challenging the trial court's dismissal order.

"[I]n Texas, appeals by either the State or the defendant in a criminal case are permitted only when they are specifically authorized by statute." *State ex rel. Lykos v. Fine*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011). Under Texas law, a criminal defendant is permitted to appeal only

judgments of conviction and other designated appealable orders. TEX. CODE CRIM. PROC. art. 44.02; TEX. R. APP. P. 25.2(a)(2). A criminal defendant is not permitted to appeal a trial court's order dismissing a charge against him. *See Bohannan v. State*, 352 S.W.3d 47, 48 (Tex. App.—Fort Worth 2011, pet. ref'd) (dismissing for lack of jurisdiction a defendant's appeal from an order dismissing the criminal charges filed against him); *Petty v. State*, 800 S.W.2d 582, 583-84 (Tex. App.—Tyler 1990, no pet.) (concluding an order dismissing an indictment is not an order from which a criminal defendant can appeal).

We ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant's court-appointed counsel filed a response agreeing that appellant is not permitted to appeal the trial court's dismissal order. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH